JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM SILVER, | CV 21-9522 PA (KSx) |
| Plaintiff, | JUDGMENT |
| v. | |
| DAVID DUEL, et al., | |
| Defendants. | |

Pursuant to the Court's January 3, 2022 Minute Order, which declined to exercise supplemental jurisdiction over the state law claims asserted in the original Complaint filed by plaintiff Adam Silver ("Plaintiff") and dismissed those claims without prejudice, and the Court's July 11, 2022 Minute Order, which dismissed Plaintiff's federal claims brought pursuant to the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. §§ 1962(a) & (c), asserted in Plaintiff's Second Amended Complaint without leave to amend and with prejudice, it is IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's state law claims are dismissed without prejudice and that the RICO claims are dismissed with prejudice.

DATED: July 11, 2022.

_____

Percy Anderson
UNITED STATES DISTRICT JUDGE